UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KHALEEL ARTIS, :
      Plaintiff, :
   :
    v. : No. 5:24-cv-0902
   :
EXPERIAN; TRANSUNION; and :
EQUIFAX INFORMATION SERVICES; :
      Defendants. :

**O R D E R**

**AND NOW**, this 27th day of August, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED:**

1. The Motions to Dismiss, ECF Nos. 9 and 26, are **GRANTED as follows**:

    A. Counts I and II are **dismissed without prejudice**.

    B. Counts III, IV, and V are **dismissed with prejudice**.

2. **On or before September 27, 2024,** Plaintiff may file an amended complaint as to Counts I and II, only, in accordance with the Opinion issued this date. If Plaintiff fails to timely file an amended complaint, the dismissal of Counts I and II will be with prejudice and his case will be closed, without further notice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge