UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALEEL ARTIS,  :  <br>         Plaintiff,  :  <br>                       :  <br>     v.             :     No. 5:24-cv-0902 <br>                       :  <br> EXPERIAN and TRANSUNION;  :  <br>         Defendants.  : | |

# O R D E R

**AND NOW**, this 19th day of March, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss the Amended Complaint, ECF No. 36, is **GRANTED in part and DENIED in part** as follows:

    A. The request to dismiss Count I (15 U.S.C. § 1681e(b)) is denied.

    B. Count II (15 U.S.C. § 1681b) is **dismissed with prejudice**.

2. **Within fourteen (14) days of the date of this Order**, TransUnion shall file an answer to the Amended Complaint. *See* Fed. R. Civ. P. 12(a)(4).

3. Defendants are advised that all future filings must properly separate and identify attached exhibits in compliance with the Local Rules of this Court.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] *See* E.D. Pa. L.R. 5.1.2(5)(b) ("Each document filed as an exhibit must be filed as a separately numbered attachment to the main document and must be clearly titled with an objective description of the document (e.g., 6/14/19 Deposition of John Doe; 10/14/21 Letter from Smith to Jones; 3/15/20-3/23/20 Email Thread between Doe and Roe) so that the nature of the exhibit and its relevance are clearly discernible without the need to open the file.").